May 23, 1980.

427 A.2d 255

Butcher & Singer v. Hinchliffe & Keener Inc., etc.

Appeal of Thomas A. Keener.

Appeal of Charles K. Keener and Robert G. MacAlister.

Reargument Denied Aug. 29, 1980.

Argued November 15, 1979. Frank E. Coho, for appellant; Fredrick N. Egler, Jr., for appellee.

540

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Order denying the motions of Charles K. Keener and Robert G. MacAlister, trustees of the Hinchliffe & Keener, Inc. Employee Pension Plan for judgment N.O.V. in their favor or a new trial is affirmed; but as to Thomas A. Keener, individually, that order is reversed and a new trial granted.